# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATES, | ) ) | |
| PLAINTIFF, | ) ) | |
| V. | ) ) | CASE NO. 15-CV-794 |
| SPECALLOY CORPORATION, PANHANDLE IRON & SCRAP, INC., JOSEPH T. DONOVAN, URBAN MINING, LLC, PANHANDLE ROCKY MOUNTAIN CONVERTER RECYCLING, LLC, PANHANDLE-MIDWEST CONVERTER RECYCLING, LLC PANHANDLE CONVERTER & CORE, LLC, DEFENDANTS. | ) ) ) ) ) ) ) ) ) ) | |

## DEFENDANTS SPECALLOY CORPORATION, PANHANDLE IRON & SCRAP, INC., JOSEPH T. DONOVAN, URBAN MINING, LLC, PANHANDLE ROCKY MOUNTAIN CONVERTER RECYCLING, LLC, PANHANDLE-MIDWEST CONVERTER RECYCLING, LLC, PANHANDLE CONVERTER & CORE, LLC'S ANSWER TO THE COMPLAINT

COME NOW the Defendants, SpecAlloy Corporation, Panhandle Iron & Scrap, Inc., Joseph T. Donovan, Urban Mining, LLC, Panhandle Rocky Mountain Converter Recycling, LLC, Pandhandle-Midwest Converter Recycling, LLC, and Pandhandle Converter & Core, LLC, by and through their undersigned counsel and file their Answer and Affirmative Defenses to the Complaint and state as follows:

1. Without knowledge, and therefore denied.

2. Admitted for jurisdictional and venue purposes only.

3. Admitted for jurisdictional and venue purposes only.

4. Admitted for jurisdictional and venue purposes only.

5. Admitted for jurisdictional and venue purposes only.

6. Admitted for jurisdictional and venue purposes only.

7. Admitted for jurisdictional and venue purposes only.

8. Admitted for jurisdictional and venue purposes only.

9. Admitted.

10. Admitted.

11. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

12. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

13. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

14. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

15. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

16. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

17. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

18. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

19. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

20. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

21. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

22. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

23. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

24. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

25. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

26. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

27. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

28. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

29. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

30. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

31. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

32. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

33. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

34. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

35. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

36. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

37. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

38. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

39. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

40. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

41. The Exhibit attached to the Complaint speaks for itself, and Defendants leave Plaintiff to its proof.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

## **COUNT I - BREACH OF CONTRACT - SPECALLOY**

46. To the extent an answer is required, Defendants deny.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

WHEREFORE, Defendants pray that the Court will enter in their favor on Count I, award their reasonable attorneys' fees incurred in defending this action, and grant such other and further relief as the Court deems just and proper.

## **COUNT II - BREACH OF CONTRACT - PANHANDLE IRON**

54. To the extent an answer is required, Defendants deny.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied

WHEREFORE, Defendants pray that the Court will enter in their favor on Count Ii, award their reasonable attorneys' fees incurred in defending this action, and grant such other and further relief as the Court deems just and proper.

## COUNT III - BREACH OF GUARANTY AGREEMENTS
## JOSEPH T. DONOVAN

62. To the extent an answer is requires, Defendants deny.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.3

WHEREFORE, Defendants pray that the Court will enter in their favor on Count III, award their reasonable attorneys' fees incurred in defending this action, and grant such other and further relief as the Court deems just and proper.

## COUNTY IV - BREACH OF GUARANTY AGREEMENTS
## PANDHANDLE ROCKY MOUNTAIN CONVERTER RECYCLING, LLC, PANDHANDLE CONVERTER & CORE, LLC, URBAN MINING, LLC, PANHANDLE IRON & SCRAP, INC., PANHANDLE-MIDWEST CONVERTER RECYCLING, LLC

68. To the extent an answer is required, Defendants deny.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

WHEREFORE, Defendants pray that the Court will enter in their favor on Count IV, award their reasonable attorneys' fees incurred in defending this action, and grant such other and further relief as the Court deems just and proper.

### COUNT V - BREACH OF GUARANTY AGREEMENTS - SPECALLOY

74. To the extent an answer is required, Defendants deny.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

WHEREFORE, Defendants pray that the Court will enter in their favor on Count V, award their reasonable attorneys' fees incurred in defending this action, and grant such other and further relief as the Court deems just and proper.

### COUNT VI - REPLEVIN - SPECALLOY

80. To the extent an answer is required, Defendants deny.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

WHEREFORE, Defendants pray that the Court will enter in their favor on Count VI, award their reasonable attorneys' fees incurred in defending this action, and grant such other and further relief as the Court deems just and proper.

## COUNT VII - REPLEVIN - PANHANDLE IRON & SCAP

85. To the extent an answer is required, Defendants deny.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

WHEREFORE, Defendants pray that the Court will enter in their favor on Count VII, award their reasonable attorneys' fees incurred in defending this action, and grant such other and further relief as the Court deems just and proper.

Dated this 11th day of December, 2015.

        ESPY, METCALF & ESPY, P.C.

        /S/ Cameron A. Metcalf
        Cameron A. Metcalf
        ATTORNEY FOR DEFENDANTS
        P.O. Drawer 6504
        Dothan, Alabama  36302-6504
        (334) 793-6288
        (334) 712-1617
        Email: cam@espymetcalf.com

## Certificate of Service

       IT IS HEREBY CERTIFIED that service of the foregoing Notice has been made this 11th day of December, 2015, by depositing copies thereof in the United States mail, first class postage, prepaid, and addressed to the following:

W. Patton Hahn, Esq.
Eric L. Pruitt, Esq.
Samuel C. Pierce, Esq.
420 20th Street North
1400 Wells Fargo Tower
Birmingham, Alabama 35203

                                              /s/ Cameron A. Metcalf
                                              Cameron A. Metcalf