IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:15-cv-794-TFM |
| SPECALLOY CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

December 14, 2015

Date

Signature

Wells Fargo Bank, N.A.

Counsel For (**print name of all parties**)

420 20th St North Birmingham, AL 35203

Address, City, State, and Zip Code

205-250-8366

Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**
**SEND TO THE CLERK'S OFFICE BY MAIL**